WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>TOW PROPERTIES, LLC II; and FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION,<br><br>        Defendants. | Case No.: 2:17-cv-01770-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO TOW PROPERTIES, LLC II'S MOTION TO DISMISS** |

Plaintiff, Nationstar Mortgage LLC ("Plaintiff") and Defendant, Tow Properties, LLC II ("Tow Properties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS,

1. Plaintiff filed the Complaint that initiated the above-captioned action on June 27, 2017. (ECF No. 1.)

2. Said Complaint was served on Tow Properties on September 18, 2017. (ECF No. 11.)

3. Tow Properties filed a Motion to Dismiss on October 6, 2017 (ECF No. 12.)

4. A Response to the Motion to Dismiss was due on or before October 20, 2017.

1     IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have up to and
including December 1, 2017 to file and serve its Response to the Motion to Dismiss.

    IT IS FURTHER STIPULATED AND AGREED that Tow Properties shall file and serve its Reply, if any, within fourteen (14) days from the date Nationstar serves its Response to the Motion to Dismiss.

    This is the parties' first request and is not intended for the purposes of prejudice or delay.

    DATED this 21st day of November, 2017.

| WRIGHT, FINLAY & ZAK, LLP | LEE, HERNANDEZ, LANDRUM & GAROFALO |
|---|---|
| */s/ Regina A. Habermas, Esq.* <br> Dana Jonathon Nitz, Esq. <br> Nevada Bar No. 0050 <br> Regina A. Habermas, Esq. <br> Nevada Bar No. 8481 <br> 7785 W. Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff, Nationstar Mortgage LLC* | */s/ Elizabeth C. Spaur, Esq.* <br> David S. Lee, Esq. <br> Nevada Bar No. 6033 <br> Elizabeth C. Spaur, Esq. <br> Nevada Bar No. 010446 <br> 7575 Vegas Drive, Suite 150 <br> Las Vegas, NV 8928 <br> *Attorneys for Defendant, Tow Properties, LLC II* |

**ORDER**

**IT IS SO ORDERED**.

Dated: November 21, 2017.

                        UNITED STATES DISTRICT COURT JUDGE