MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Plaintiff, Nationstar Mortgage LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOW PROPERTIES, LLC II; and FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01770-APG-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Nationstar Mortgage LLC hereby consents to the substitution of Melanie Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of January, 2018.

A. J. Loll, Vice President
Nationstar Mortgage LLC

NATIONSTAR MORTGAGE LLC

By: _____

Its: A.J. Loll, Vice President
Nationstar Mortgage LLC

///

///

///

42369890;1
43832431;1

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Nationstar Mortgage LLC.

DATED this 26 day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie Morgan, Esq. and Jason J. Zummo, Esq. of the law firm AKERMAN LLP consent to substitution as counsel of record for plaintiff Nationstar Mortgage LLC.

DATED this 17 day of January, 2018.

AKERMAN LLP

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED:

UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate
DATED: _____

January 30, 2018

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL, addressed to:

/s/ Doug D. Payne
An Employee of Akerman LLP

3

43832431;1