Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
HOA LAWYERS GROUP, LLC
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax:   (702) 222-4043
steve@nrs116.com
*Attorney for Defendant*
*FLAMINGO RIDGE HOMEOWNERS
ASSOCIATION a/k/a LA MIRAGE*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TOW PROPERTIES, LLC II; and FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.   2:17-cv-01770 |

### STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION

Plaintiff, NATIONSTAR MORTGAGE, LLC, by and through its counsel, Jason J. Zummo, Esq. of AKERMAN, LLP, and Defendant, FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION, by and through its counsel, Steven T. Loizzi, Jr., Esq., of HOA LAWYERS GROUP, LLC, hereby agree and stipulate as follows:

**IT IS STIPULATED AND AGREED** that the Default entered against Defendant, FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION on or about February 6, 2018 is hereby set aside.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant, FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION shall have 10 days from the date of entry of this Stipulation and Order with the Court to file a responsive pleading to the Complaint.

DATED this 14th day of March, 2018.

HOA LAWYERS GROUP, LLC

 /s/ Steven T. Loizzi, Jr., Esq.
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite #204
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax: (702) 222-4043
*Attorney for Defendant, Flamingo Ridge Homeowners Association a/k/a La Mirage Homeowners Association*

DATED this 14th day of March, 2018.

AKERMAN, LLP

 /s/ Jason J. Zummo, Esq.
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Jason J. Zummo, Esq.
Nevada Bar No. 13995
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
Phone: (702) 634-5000
Fax: (702) 380-8572
*Attorney for Plaintiff, Nationstar Mortgage, LLC*

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Default entered against Defendant, FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION on or about February 6, 2018 is hereby set aside.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant, FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION shall have 10 days from the date of entry of this Stipulation and Order with the Court to file a responsive pleading to the Complaint.

**IT IS SO ORDERED.**

Dated: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HOA LAWYERS GROUP, LLC

 */s/ Steven T. Loizzi, Jr., Esq.*
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite #204
Las Vegas, Nevada  89147
Phone:  (702) 222-4033
Fax:  (702) 222-4043
*Attorney for Defendant, Flamingo Ridge*
*Homeowners Association a/k/a La Mirage*
*Homeowners Association*