MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TOW PROPERTIES, LLC II; and FLAMINGO RIDGE HOMEOWNERS ASSOCIATION a/k/a LA MIRAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-01770-APG-VCF<br><br>**STIPULATION AND ORDER TO CERTIFY THE APRIL 27, 2018 ORDER [ECF NO. 36] AS FINAL PURSUANT TO FED. R. CIV. P 54(B)** |

Nationstar Mortgage LLC, Tow Properties, LLC II, and Flamingo Ridge Homeowners Association a/k/a La Mirage Homeowners Association (**HOA**), stipulate to certify the following orders as final pursuant to F.R.C.P. 54(b):

45438007;1

1. The April 27, 2018 order granting Nationstar's Motion for Summary Judgment, [ECF No. 36].

DATED: this 26th day of June, 2018.

| | |
|---|---|
| Dated this the 26th day of June, 2018. | Dated this the 26th day of June, 2018. |
| **AKERMAN LLP** | **LEE, HERNANDEZ, LANDRUM & GAROFALO** |
| */s/ Thera A. Cooper*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | */s/ Elizabeth C. Spaur*<br>David S. Lee, Esq.<br>Nevada Bar No. 6033<br>Elizabeth C. Spaur, Esq.<br>Nevada Bar No. 10446<br>7575 Vegas Drive, Suite 150<br>Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorney for Tow Properties, LLC II* |

Dated this the 26th day of June, 2018.

**PENGILLY LAW FIRM**

*/s/ Elizabeth B. Lowell*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for Flamingo Ridge Homeowners Association.*

There being no just reason for delay, the Order entered April 27, 2018 granting Nationstar's Motion for Summary Judgment (ECF No. 36) are certified as final pursuant to F.R.C.P 54(b).

Dated: June 26, 2018.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572