# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOW PROPERTIES, LLC II and FLAMINGO RIDGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-01770-APG-VCF<br><br>**ORDER** |

The parties filed a Joint Status Report stating that all pending claims have been resolved. ECF No. 38. Tow contends that "it may assert separate claims against Nationstar and the HOA for unjust enrichment and indemnity." *Id.* at 3:1-2. "Nationstar asserts Tow's claims are moot." *Id.* at 3:7-8. Tow has not filed an answer in this case to which it can attach a counterclaim or cross-claim. Nor has Tow filed (or moved for permission to file) a counterclaim or cross-claim. It is unclear whether Tow seeks to file those "separate claims" in this case or in a new lawsuit.

IT IS THEREFORE ORDERED that by July 17, 2018, Tow must file a motion for leave to file a counterclaim or cross-claim in this action. If no motion is filed by that deadline, this case will be closed. If the parties agree that this case can be closed, they shall file a stipulation to that effect.

DATED this 3rd day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE