# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:17-cv-01770-APG-VCF |
| Plaintiff | **Order for Stipulation for Dismissal or Status Report** |
| v. | |
| TOW PROPERTIES, LLC II, et al., | |
| Defendants | |

On March 12, 2019, the parties advised the court they had reached a settlement on Tow Properties' counterclaims and they requested 90 days to finalize the settlement. ECF No. 60. More than 90 days have passed, and the parties have not filed a stipulation for dismissal.

IT IS THEREFORE ORDERED that on or before August 23, 2019, the parties shall file either a stipulation for dismissal or a status report.

DATED this 6th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE